## Complaint Synopsis

| | |
|---|---|
| **Name:** | Jeronimo Mavungo-Raymond |
| **Address:** **(City & State Only)** | Auburn, Maine |
| **Year of Birth and Age:** | 2001, 24 |
| **Violations:** | COUNT ONE: Access Device Fraud. (18 U.S.C. § 1029(a)(2)) |
| **Penalties:** | COUNT ONE: Class D felony. A maximum term of imprisonment of 10 years and/or a maximum fine of $250,000. (18 U.S.C. § 1029(c)(1)(A)(i), 18 U.S.C. § 3571(b)(3)). |
| **Supervised Release:** | COUNT ONE: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | COUNT ONE: Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | COUNT ONE: Not more than three years. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |
| **Primary Investigative Agency and Case Agent Name:** | USDA-OIG—Special Agent Todd Bucci |
| **Detention Status:** | Arrest Warrant to Issue |
| **Foreign National:** | |
| **Foreign Consular Notification Provided:** | |
| **County:** | Androscoggin |
| **AUSA:** | Sarah Kiewlicz |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution? Y/N** | No |

| Assessments: | COUNT ONE: $100 per count. *See* 18 U.S.C. § 3013(a)(2)(A) |
| --- | --- |